IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN J. EGAN | § | |
| VS. | § | CIVIL ACTION NO. 5:10cv113 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner John J. Egan, an inmate confined at the Telford Unit of the Texas Department of Criminal Justice, Institutional Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states he was previously convicted of escape in Anderson County, Texas. He was sentenced to 5 years imprisonment.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.

Petitioner was convicted in Anderson County, Texas. Pursuant to 28 U.S.C. § 124, Anderson County is in the Eastern District of Texas. However, Anderson County is located in the Tyler Division, rather than the Texarkana Division of this court.

As all records and witnesses involving this action may be located in the Tyler Division of this court, the court is of the opinion that the transfer of this action to such division would further justice.

Accordingly, this case should be transferred to the Sherman Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  15  day of        July        , 2010.

_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE